# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 22, 2022

Lyle W. Cayce
Clerk

No. 22-40199
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Victor Hinojosa-Alvarez,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:20-CR-783-2

Before Smith, Dennis, and Southwick, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Hinojosa-Alvarez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Hinojosa-Alvarez has filed a letter in the district court in response to

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 22-40199

counsel's motion.  The record is not sufficiently developed to allow us to make a fair evaluation of Hinojosa-Alvarez's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Hinojosa-Alvarez's letter submitted to the district court.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.